**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 06-7449**

───────────

ABDIYYAH BEN ALKEBULANYAHH, formerly known as
Tyree Alphonso Roberts,

                                        Plaintiff - Appellant,

        versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
THIERRY D. NETTLES, Captain; CHARLES WHITTEN;
LIEUTENANT BUMBCUMB; CORPORAL WILSON,

                                        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Margaret B. Seymour, District
Judge.   (6:05-cv-02525-MBS)

───────────

Submitted:  January 24, 2007      Decided:  February 12, 2007

───────────

Before TRAXLER, KING, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Abdiyyah ben Alkebulanyahh, Appellant Pro Se.  Andrew Frederick
Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdiyyah ben Alkebulanyahh, a/k/a Tyree Alphonso Roberts, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. We further conclude that Alkebulanyahh failed to allege sufficient facts to demonstrate that excessive force was used against him. See <u>Alkebulanyahh v. South Carolina Dep't of Corrs.</u>, No. 6:05-cv-02525-MBS (D.S.C. Aug. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>